UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOHN CARROLL,                        :
                                     :  Civil Action No. 07-1239 (RMB)
              Plaintiff,             :
                                     :
              v.                     :  **ORDER**
                                     :  (CLOSED)
GEORGE W. HAYMAN, et al.,            :
                                     :
              Defendants.            :


     For the reasons expressed in the Court's Opinion filed

herewith,

     It is on this **12th** day of **June** 2007,

     **ORDERED** that, pursuant to 28 U.S.C. § 1915(a) and (b), the

application by plaintiff to proceed in forma pauperis is hereby

granted; and it is further

     **ORDERED** that the Clerk of the Court is directed to file the

Complaint without prepayment of the filing fee; and it is further

     **ORDERED** that, pursuant to 28 U.S.C. § 1915(b), the Clerk

shall serve a copy of this Order by regular mail on the Attorney

General of the State of New Jersey and on the Warden at the South

Woods State Prison in Bridgeton, New Jersey, where plaintiff

presently is confined; and it is further

     **ORDERED** that plaintiff is assessed a filing fee of $350.00

which shall be deducted from plaintiff's prison account pursuant

to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in plaintiff's prison account exceeds $10.00, the agency having custody of plaintiff shall assess, deduct from his account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to plaintiff's prison account, with each payment referencing the civil docket number of this action; and it is further

**ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**, in its entirety, as against all named defendants, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), for failure to state a claim upon which relief may be granted; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order upon plaintiff by regular mail, and the Clerk is directed to close the file.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge

2